UNITED STATES DISTRICT COURT
DISRICT OF NEW JERSEY

-----------------------------------------------------------------x

LAUREN TRIPP, individually
and on behalf of all others similarly situated,

                                                    Case No.:   2:25-cv-15509-WJM-JRA

        Plaintiff,

        v.

UNITED AIRLINES, INC.,

        Defendant.

-----------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Lauren Tripp hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant United Airlines, Inc.

Date: October 9, 2025

                                                   GISKAN SOLOTAROFF & ANDERSON LLP

                                                   */s/ Catherine E. Anderson*
                                                   Catherine E. Anderson
                                                   canderson@gslawny.com
                                                   1 Rockefeller Plaza, 8th Floor
                                                   New York, New York 10020
                                                   (212) 847-8315

\

                                                     **So Ordered on 10/10/2025:**

                                                     _____
                                                     William J. Martini, U.S.D.J.